**David L. GREEN, Appellant**

v.

**Donald C. WINTER, Secretary, Department of Navy (Pursuant to Rule 43(c), FRAP).**

**No. 09–4133.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) Monday, Jan 24, 2011.

Opinion filed: Feb. 17, 2011.

H. Francis Delone, Jr., Esq., Pottstown, PA, for Appellant.

Nicole R. Mark, Esq., Office of United States Attorney, Philadelphia, PA, for Appellee.

Before: McKEE, Chief Judge, SMITH, Circuit Judge, and STEARNS,* District Judge.

OPINION

McKEE, Chief Judge.

David Green appeals the district court's grant of summary judgment in favor of the Secretary of the Navy on Green's Title VII discrimination and retaliation claims. For the reasons set forth below, we will affirm.

Since we are writing primarily for the parties who are familiar with this case, we

---

**2.** Gravley's motions for oral argument and for an extension of time to submit argument in support of the appeal are denied.

* Honorable Richard G. Stearns, District Court Judge, District of Massachusetts, sitting by designation.

need not recite the factual or procedural history of this dispute, the background of which has been ably summarized by the district court. *See Green v. Winter,* No. 08–140, 2009 WL 3150349 (E.D.Pa. Sept.24, 2009).

In his detailed and thoughtful opinion, Judge Buckwalter carefully and clearly explained his reasons for granting the motion for summary judgment on the same issues raised on appeal. *See Green,* 2009 WL 3150349. Since we can add little to Judge Buckwalter's analysis, we will affirm the order granting summary judgment substantially for the reasons set forth in his opinion.